## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS SMITH, JR.,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 17-1482** |
| **v.** | : | |
| | : | |
| **NANCY A. BERRYHILL,** | : | |
| **Acting Commissioner of the** | : | |
| **Social Security Administration,** | : | |
| **Defendant.** | : | |

FILED

OCT 2 6 2017

KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

**GERALD A. MCHUGH, J.**

AND NOW, this 2۵ᵗ day of ۵ c ۲۵۵c۸ 2017, upon consideration of Plaintiff's

request for review, and Defendant's response, and after review of the Report and

Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's Request for Review is GRANTED;

3. The matter is remanded to the Commissioner and should be reassigned to a new ALJ

   for further review consistent with the Report and Recommendation.

BY THE COURT:

GERALD A. MCHUGH, J.
UNITED STATES DISTRICT COURT